FILE COPY



# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
  TERRIE LIVINGSTON

JUSTICES
  LEE ANN DAUPHINOT
  ANNE GARDNER
  SUE WALKER
  BOB McCOY
  BILL MEIER
  LEE GABRIEL

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.2ndcoa.courts.state.tx.us

CLERK
  DEBRA SPISAK

CHIEF STAFF ATTORNEY
  LISA M. WEST

GENERAL COUNSEL
  CLARISSA HODGES

March 13, 2014

Civil District Clerk, Wise County
P.O. Box 308
Decatur, TX 76234
* DELIVERED VIA E-MAIL *

Hon. David L. Evans
Regional Presiding Judge
Tim Curry Criminal Justice Center
401 W. Belknap
Fort Worth, TX 76196
* DELIVERED VIA E-MAIL *

William K. Clary
William K. Clary, P.C.
P.O. Box 98
Bridgeport, TX 76426
* DELIVERED VIA E-MAIL *

Hon. John H. Fostel
Judge, 271st District Court
Wise County
P.O. Box 805
Decatur, TX 76234
* DELIVERED VIA E-MAIL *

David M. Konen
The Konen Law Firm, P.C.
5740 Boat Club Rd., Ste. 100
Fort Worth, TX 76179
* DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:  02-13-00436-CV
       Trial Court Case Number:  CV13-05-429

Style:    Carroll Craig Bolin and Mary Kathalina Bolin
       v.
       First State Bank

Today the Second Court of Appeals issued an opinion and judgment in the above-referenced cause.

Copies of the opinion and judgment are attached and can also be viewed on our Court's webpage at: http://www.2ndcoa.courts.state.tx.us/.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*